UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CORNERSTEIN LLC,                                            :
                                    Plaintiff,              :
                                                            :       20 Civ. 8087 (LGS)
            -against-                                       :
                                                            :       ORDER
THE GAP INC.,                                               :
                                    Defendant.              :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated October 5, 2020 (Dkt. No. 5), required the parties to file a proposed case management plan and joint letter by November 26, 2020;

    WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan. It is hereby

    **ORDERED** that the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **December 1, 2020, at noon**.

Dated: November 30, 2020
       New York, New York

                                           **LORNA G. SCHOFIELD**
                                         **UNITED STATES DISTRICT JUDGE**